IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK SCOTT, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 16-448-CG-MU |
| CITY OF MOBILE, ALABAMA, | ) |
| Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal with Prejudice in this matter (Doc. 20), all claims in this action are hereby **DISMISSED with prejudice**. Each party shall bear their respective costs.

**DONE and ORDERED** this 26th day of April, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE